UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR12 HEA |
| ) | |
| TIMOTHY LAMBERT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on Defendant's Motion for Additional Jail Time Credit Towards Sentence, [Doc. No. 32]. The Government opposes the motion. For the reasons set forth below, the Motion is denied.

Defendant seeks an additional five hundred and forty seven days jail time credit toward his sentence, claiming that he is entitle to such credit because he was incarcerated in the Missouri Department of Corrections on charges that directly relate to the charge and sentence that defendant is now serving in federal custody. As the Government correctly and thoroughly points out, none of the subject Missouri Department of Corrections time relates in any way to the Federal charges for which Defendant is serving time. As such, Defendant is not entitled to any additional jail time credit.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Additional Jail Time Credit Towards Sentence is denied.

Dated this 9th day of November, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE